

# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

October 31, 2006

**PLEASE REPLY TO:**

Clerk of Court
US District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:    <u>Salizonni v. Gander Hill Prison, et al.</u>
            <u>C.A. No.: 06-659</u>

Dear Clerk of Court:

    I write to inform you that Christopher D. Carusone, Esquire entered an appearance only to associate as local counsel in Pennsylvania on my admission *pro hac vice* in the Eastern District of Pennsylvania, prior to the case being transferred to the District of Delaware.

    Since I am admitted to practice here, I do not seek Mr. Carusone's or the Pennsylvania Office of Attorney General's continued association with this case for the State Defendants in the District of Delaware.

    If there are any questions concerning this matter, please do not hesitate to contact me.

    Thank you.

                                                  Very truly yours,

                                                 Ophelia M. Waters
                                                 Deputy Attorney General

cc:   Frank J. Marcone, Esquire
      Amy Zapp, Esquire
      Christopher C. Carusone, Esquire


OMW/vd