IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL SALIZZONI : 

    Plaintiff :

v. : Civil Action No. 06-659 GMS

WARDEN GANDER HILL PRISON :
et al.
 :
    Defendants
 :

## ORDER TO SHOW CAUSE

WHEREAS, on October 25, 2006, the above-captioned case was transferred to this court from the United States District Court for the Eastern District of Pennsylvania;

WHEREAS, on October 27, 2006, a local counsel letter was sent to the defendant State of Delaware Correctional System Prison Health Services, Inc. (D.I. 23);

WHEREAS, on October 30, 2006, a local counsel letter was sent to counsel for the plaintiff (D.I. 24);

WHEREAS, on October 31, 2006, a letter was received from Ophelia M. Waters, Deputy Attorney General for the State of Delaware, clarifying her status as counsel for the State of Delaware defendants in this case (D.I. 25);

WHEREAS, on November 1, 2006, this case was assigned to the undersigned;

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days

from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

    2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case will be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

March  14 , 2007

_____
UNITED STATES DISTRICT JUDGE

```
FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```