IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL SALIZZONI )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>WARDEN GANDER HILL PRISON, )<br>et al. )<br>    Defendant ) | Civil Action No. 06-659 GMS |

## ORDER

WHEREAS, on March 15, 2007, the Court issued an Order directing the plaintiff to SHOW CAUSE, in writing, within thirty (30) days from the date of the Order, why the above-captioned case should not be dismissed for failure to prosecute (D.I. 26);

WHEREAS, the Plaintiff was also advised that failure to show cause within 30 days would lead to dismissal of this case, without prejudice, and without further notice;

WHEREAS, to date, the court's docket reflects that the plaintiff has not shown cause and has had no further contact with the court.

IT IS HEREBY ORDERED that:

The above-captioned civil action is dismissed without prejudice pursuant to District of Delaware Local Rule 41.1.

April __24__, 2007

_____
UNITED STATES DISTRICT JUDGE

FILED
APR 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE